**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,**
**WESTERN DIVISION**

LISA THOMPSON, AS NATURAL MOTHER
AND NEXT FRIEND OF T.S., A MINOR                                        PLAINTIFF

VS.                                               CIVIL ACTION NO. 5:09CV124-DCB-JMR

REMINGTON ARMS COMPANY, INC.,
SPORTING GOODS PROPERTIES, INC.,
E.I. duPONT de NEMOURS AND COMPANY,
JOHN DOES 1 THROUGH 10                                                  DEFENDANTS




                                                                        DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court pursuant to the joint *ore tenus* motion of Plaintiff and

Defendants for the dismissal of all claims asserted in this matter with prejudice.  Having

considered this matter, and noting the parties have agreed to the dismissal of all claims asserted

with prejudice, the Court finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims in this matter are

hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 25th day of October 2010.


                              s/David Bramlette_____
                              UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *David M. Sessums*
VARNER, PARKER & SESSUMS, P.A.
1110 Jackson Street
Post Office Box 1237
Vicksburg, Mississippi 39181-1237
Telephone:  601-638-8741
Facsimile:  601-638-8666
Email:  davidsessums@hotmail.com

Lee Davis Thames, Jr.
City of Vicksburg
1401 Walnut Street, Suite 314
P. O. Box 150
Vicksburg, MS  391810-0150
Telephone:  601-631-2983
 Facsimile:  601-634-6232
Email: lee.thames37@gmail.com

COUNSEL FOR PLAINTIFF

/s/ *Lem E. Montgomery III*
Robert A. Miller (MB# 3305)
Lem Montgomery (MB# 100686)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. BOX 6010
RIDGELAND, MS 39158-6010
PH: (601) 948-5711
FX: (601) 985-4500
lem.montgomery@butlersnow.com


Dale Wills, *pro hac vice*
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Office:  (312) 321-9100
Direct:  (312) 923-8274
Fax:    (312) 321-0990
dwills@smbtrials.com

ATTORNEYS FOR DEFENDANTS REMINGTON ARMS COMPANY, INC., SPORTING
GOODS PROPERTIES, INC. AND E.I. duPONT de NEMOURS AND COMPANY